# United States District Court

**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

v.

ANDRE'S GARCIA
[DOB: 06/01/1962]

**<u>COUNT ONE</u>**:
***Voting by an Alien in a Federal Election***
18 U.S.C. § 611
NMT 1 Year Prison;
NMT $100,000 Fine
Misdemeanor

**<u>COUNT TWO</u>**:
***Voting by an Alien in a Federal Election***
18 U.S.C. § 611
NMT 1 Year Prison;
NMT $100,000 Fine
Misdemeanor

$25 Mandatory Special Assessment

**CRIMINAL COMPLAINT**

**Case Number: 26-MJ-00226-WBG**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**<u>COUNT ONE</u>**
***(Voting by an Alien in a Federal Election)***

On or about November 8, 2022, in Cass County, in the Western District of Missouri, defendant ANDRE'S GARCIA, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate or Member of the House of Representatives. In violation of Title 18, United States Code, Section 611.

**<u>COUNT TWO</u>**
***(Voting by an Alien in a Federal Election)***

On or about November 5, 2024, in Cass County, in the Western District of Missouri, defendant ANDRE'S GARCIA, an alien, knowing that he was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate or Member of the House of Representatives. In violation of Title 18, United States Code, Section 611.

I further state that I am a Special Agent with the Department of Homeland Security (DHS) Homeland Security Investigations (HSI), and that this complaint is based on the following facts:

(See attached Affidavit)

MICHAEL SWEETIN
Special Agent
HSI

Sworn to before me by telephone,

At 4:51 pm, signature confirmed

October 2, 2026 at Kansas City, Missouri

Date | City and State

HONORABLE W. BRIAN GADDY
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer