**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | Case No. 26-mj-00226-WBG |
| v. | ) | |
| ANDRE'S GARCIA,<br>Defendant | ) | |

ENTRY OF APPEARANCE

COMES NOW undersigned counsel, Joshuah W. Peter of Solomon & Peter LLP, and files this entry of appearance as Defendant's lead attorney of record in this cause.

Respectfully submitted,

/s/ Joshuah Peter

______________________________

Joshuah W. Peter, Mo Bar No. 57823
Attorney for Defendant
140 Walnut Street, Suite 202
Kansas City, MO 64106
Phone: 816-800-9529
Fax: 816-800-9520
E-Mail: josh@solomonandpeter.com

Certificate of Service

I hereby certify that on this 6th day of October 2026, an electronic copy of the foregoing was delivered to the CM-ECF system of the United States District Court for the Western District of Missouri, and to all Counsel of Record.

/s/ Joshuah Peter

______________________________
Joshuah Peter